IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES B. GOODMAN, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:13-cv-01542 |
| | § | |
| ON SEMICONDUCTOR CORPORATION, | § | JURY TRIAL DEMANDED |
| Defendant. | § | |

**DEFENDANT ON SEMICONDUCTOR CORPORATION'S CERTIFICATE OF INTERESTED PARTIES**

Defendant ON Semiconductor Corporation files with the Court Clerk this certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation as required by this Court's Order for Conference and Disclosure of Interested Parties and certifies the following:

1. ON Semiconductor Corporation.

2. Wholly-owned and majority-owned subsidiaries of ON Semiconductor Corporation.

Respectfully submitted,

 /s/ James N. Willi
James N. Willi (Attorney in Charge)
Texas Bar No. 00795719
jwilli@willi.com
Tracy J. Willi
Texas Bar No. 00784633
twilli@willi.com
Willi Law Firm, P.C.
100 Congress Ave., Ste. 1530
Austin, TX 78701-2717
Tel. (512) 288-3200
Fax (512) 288-3202

ATTORNEYS FOR DEFENDANT,
ON SEMICONDUCTOR CORPORATION

## **CERTIFICATE OF SERVICE**

    I certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system on August 2, 2013, which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

 /s/ James N. Willi
James N. Willi